FILED
2015 Apr-10 PM 12:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UMI MINOR,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**MERCHANTS ADJUSTMENT** )<br>**SERVICE, INC.,** )<br>)<br>**Defendant.** ) | Civil Action Number<br>**2:15-cv-00171-AKK** |

## ORDER

The court has for its consideration Plaintiff's motion to dismiss Defendant with prejudice, doc. 5. Pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, this case is **DISMISSED** with prejudice.

**DONE** the 10th day of April, 2015.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE